# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE-FRANCES AKPAMGBO and MICHAEL EMEKA AKPAMGBO<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. CV-08-239-FVS<br><br>ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

The Stipulated Motion of the parties (Ct. Rec. 7) is GRANTED.

IT IS ORDERED as follows:

1. The United States of America is authorized to release to Plaintiffs and their attorney copies of the personnel file of Dr. Robert Riddle and the Plaintiff Jane-Frances Akpamgbo's Credentials File and Provider Activity File in their entirety. The release of this information is appropriate and reasonably related to the this litigation. The United States of America is further authorized to release Dr. Robert Riddle's personnel file subject to redactions of social security numbers, date of birth, maiden names, home addresses and telephone numbers, and sensitive medical information regarding Dr. Riddle contained in several pages of these records that relate to his induction medical records. The United States of America

ORDER GRANTING MOTION FOR PROTECTIVE ORDER - 1

is further authorized to release records of the Office of the Air Force Surgeon General relating to Plaintiff's appeal of adverse action to the extent the records do not duplicate those previously provided from Plaintiff's Credentials File and provided such release excludes records containing internal deliberative process and attorney work product that assisted with the decision-making on Plaintiff's appeal.

  2.  Right of access to this Confidential Material shall be limited to the parties or their attorneys and attorneys' immediate staff, or expert witnesses in their employ.

  3.  All persons having access to this Confidential Material shall be informed that it is confidential and subject to a non-disclosure order.  All persons with access to Confidential Material are prohibited from using these materials, or their contents, for any purpose other than this litigation.

  4.  Any information contained in the Confidential Material, particularly social security numbers, names, locations or other personally identifying information, shall be kept strictly confidential by the parties, the parties' counsel, and any experts or consultants (including persons employed by those experts or consultants), and the information contained therein shall not be disclosed, made public or made available to anyone, except as specifically provided in this Order or by such further Order as the Court may enter.

  5.  If information contained in Confidential Material is filed with the Court in connection with motions or other matters in this case, the parties will omit or redact personally identifying information and other information requiring redaction under 10 U.S.C. §1102(c)(2).  If confidential or private information must be filed with the Court during the course of litigation it shall be designated as "Confidential" and filed under seal.

ORDER GRANTING MOTION FOR PROTECTIVE ORDER - 2
N:\ABiviano\Akpamgbo v. U.S\PLEADINGS\5-8-09-ORDER GRANTING PROTECTIVE ORDER.wpd

6. In the event that any confidential information is used in any court proceeding, it shall not lose its protected status through such use, and parties shall take all steps reasonably required to protect its confidentiality during such use.

7. All copies of Confidential Material shall be destroyed within sixty (60) days of the conclusion of all trial and appellate proceedings.

8. This Order applies to all Confidential Materials previously disclosed or exchanged prior to the date of this Order, regardless of whether it was stamped "Confidential."

9. In order to facilitate further exchanges of material that may be ordered by this Court or otherwise agreed upon, counsel for each party can designate such information by letter as subject to this Protective Order and may affix the annotation "Confidential" or "Private" on each document. Such material will also be subject to the restrictions on use set forth in this Order.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

DATED this __14th__ day of May, 2009.

s/ Fred Van Sickle<br>
FRED VAN SICKLE<br>
Senior United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER - 3

N:\ABiviano\Akpamgbo v. U.S\PLEADINGS\5-8-09-ORDER GRANTING PROTECTIVE ORDER.wpd